THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DON ALFRED AUSTIN, Defendant-Appellant.

(No. 58109;

First District (1st Division)—May 21, 1973.

PER CURIAM.
BURKE, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, (Ronald P. Katz, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.